The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA GEORGIANNA PALM,<br><br>Defendant. | NO. 2:23-cr-00058-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER has come before the undersigned on the motion of Defendant Maria Georgianna Palm for an order that the supplemental exhibits to her Motion to Dismiss Counts be filed under seal and secured from public access until further order by the Court. Finding good cause due to the sensitive information contained in the exhibits,

It is hereby ORDERED that Defendant Palm's Motion to Seal (Dkt. 161) is GRANTED. The supplemental exhibits to Defendant Palm's Motion to Dismiss Counts shall remain sealed.

DATED this 24th day of January, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1