Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:23-cr-00058-RAJ |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF ACQUITTAL |
| MARIA GEORGIANNA PALM, | |
| Defendant. | |

The defendant having been found not guilty in this case on March 18, 2026 by jury verdict, the defendant is hereby ACQUITTED of the charge contained in the Superseding Indictment.

This case is dismissed with prejudice.

DATED this 18th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

JUDGMENT OF ACQUITTAL – 1